UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:
PATRICIA S. KLEWANS                                     BCN #: 15-73320/FJS
Debtor                                                  Chapter: 7

NOTICE OF MOTION

Wells Fargo Bank, N.A. has filed papers with the court to request an order granting relief from the Automatic Stay.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before November 19, 2015, you or your attorney must:

❍  File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

      Clerk of Court
      United States Bankruptcy Court
      600 Granby Street
      Room 400
      Norfolk, VA 23510

You must also mail a copy to:

      Auria Freeman, ESQ.
      SHAPIRO & BROWN, LLP
      501 Independence Parkway, Suite 203
      Chesapeake, Virginia 23320
      (757) 687-8777

❍  Attend the hearing on the motion or objection scheduled to be held on December 1, 2015 at the United States Bankruptcy Court, 600 Granby Street, Norfolk, VA 23510 in Courtroom 2 at 9:30 AM.

LINDSEY C. KELLY, ESQ.
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320 Attorneys for Wells Fargo Bank, N.A.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

15-254015

Dated: November 5, 2015                  SHAPIRO & BROWN, LLP
                                         Attorneys for Wells Fargo Bank, N.A.


                              By: /s/ Auria Freeman
                                  Lindsey C. Kelly, Esquire
                                  VSB #71314
                                  James R. Meizanis, Esquire
                                  VSB #80692
                                  Gregory N. Britto, Esquire
                                  VSB #22531
                                  Auria Freeman, Esquire
                                  VSB #87483
                                  SHAPIRO & BROWN, LLP
                                  501 Independence Parkway, Suite 203
                                  Chesapeake, Virginia 23320
                                  (757) 687-8777

CERTIFICATE OF SERVICE


I certify that I have this 5th day of November, 2015, electronically transmitted and/or mailed by first class mail, postage pre-paid, a true copy of the foregoing Notice of Motion to the following:

Karen M Crowley
Crowley, Liberatore, Ryan & Brogan, P.C.Town Point Center, Suite 300
150 Boush Street
Norfolk, VA 23510

Carolyn L. Camardo
Chapter 7 Trustee
5101 Cleveland Street Suite 200
Virginia Beach, VA 23462

Patricia S. Klewans
8404-B Atlantic Avenue
Virginia Beach, VA 23451


                                        /s/ Auria Freeman
                                        Lindsey C. Kelly, Esquire
                                        VSB #71314
                                        James R. Meizanis, Esquire
                                        VSB #80692
                                        Gregory N. Britto, Esquire
                                        VSB #22531
                                        Auria Freeman, Esquire
                                        VSB #87483

United States Bankruptcy Court
Eastern District of Virginia
Norfolk Division

In RE:                                          BCN#: 15-73320/FJS
Patricia S. Klewans                             Chapter: 7
     Debtor
_____

Wells Fargo Bank, N.A.
     Movant/Secured Creditor,
v.                                              Motion for Order Granting Relief from
Patricia S. Klewans                             Automatic Stay
     Debtor
and
Carolyn L. Camardo
     Trustee
     Respondents

     Wells Fargo Bank, N.A., alleges as follows:

     1.    The bankruptcy court has jurisdiction over this contested matter pursuant to 28 U.S.C. § 157 and § 1334 and 11 U.S.C. § 362; Federal Rule of Bankruptcy Procedure 9014; and Local Bankruptcy Rule 4001(a)-1.

     2.    The above named Debtor filed a Chapter 7 Petition in Bankruptcy with this Court on September 29, 2015.

     3.    Carolyn L. Camardo has been appointed by this Court as the Chapter 7 Trustee in this instant Bankruptcy proceeding.

     4.    Movant, Wells Fargo Bank, N.A., is the current holder of the subject note secured by the subject Deed of Trust. The original deed of trust holder was Wachovia Mortgage, FSB. The beneficial interest in the aforesaid Deed of Trust has been assigned to the Movant as evidenced by the Merger Document dated March 20, 2010. The note was originated by Wachovia Mortgage, FSB who endorsed the note to Wells Fargo Bank, N.A.. A copy of the Merger Document, Deed of Trust, and Note are attached hereto and incorporated herein by reference.

LINDSEY C. KELLY, ESQ.
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320 Attorneys for Wells Fargo Bank, N.A.

5.      The subject deed of trust secures a parcel of real property (hereinafter "the

Property") with the address of 8404 ATLANTIC AVE, Virginia Beach, VA 23451 and more

particularly described in the Deed of Trust dated March 21, 2008 and recorded as Deed

Instrument Number 20080328000352910 among the land records of the said city/county, as:

> Unit No. 8404-B in 8404A and 8404B Atlantic Avenue, a Condominium, located
> at 8404A and 8404B Atlantic Avenue, in the Lynnhaven Borough of the City of
> Virginia Beach, State of Virginia, on property known, designated and numbered
> as Lot Four (4), Block eight (8), Section "D", as laid down on the REVISED Plat
> of Cape Henry, duly of record in the Clerk's Office of the Circuit Court of the
> City of Virginia Beach, Virginia in Map Book 7, Part 1, at page 79, hereinafter
> called the Condominium, according to condominium instruments dated the 20th
> Day of December 1978, recorded in the Clerk's Office of the Circuit Court of the
> City of Virginia Beach, Virginia in Deed Book 1861, at Page 106, et seq and in
> Map Book 131, at Page 32, together with an undivided interest in the common
> elements appertaining to that unit, and the rights, privileges and appurtenances
> thereto belonging, as declared in and as shown on the condominium instruments.

6.      Movant is informed and believes, and, based upon such information and belief,

alleges that title to the subject Property is currently vested in the name of the Debtor.

7.      The Debtor is in default with regard to payments which have become due under

the terms of the aforementioned note and deed of trust.

The Debtor is due for:

o      3 monthly payments of $2,165.31 each which were to be paid directly to Movant;

o      Total of                                               $6,495.93

8.      As of October 27, 2015 The unpaid principal balance on the said note is

$392,108.82.

9.      Movant has elected to initiate foreclosure proceedings on the Property with

respect to the subject Trust Deed, but is prevented by the Automatic Stay from going forward

with these proceedings.

10.      Movant is informed and believes, and, based upon such information and belief,

alleges that the Debtor has little or no equity in the property.

11.    Continuation of the automatic stay of 11 U.S.C. § 362(a) will work real and

irreparable harm and deprive the Movant of the adequate protection to which it is entitled under

11 U.S.C. § 362 due to the aforementioned facts.

12.    That the Movant has requested that the Court hear this matter on December 1,

2015 at 9:30 AM.

WHEREFORE, Movant prays for an order granting relief from Automatic Stay in order

to pursue its remedies under the terms of its Note and Deed of Trust, that the fourteen (14) day

waiting period imposed by F.R.B.P. 4001(a)(3) be waived, for its attorneys fees and costs

expended, and for such other and further relief as the Court and equity deem appropriate.

Dated: November 5, 2015

                              SHAPIRO & BROWN, LLP
                              Attorneys for Movant


                         By:/s/ Auria Freeman
                              Lindsey C. Kelly, Esquire
                              VSB #71314
                              James R. Meizanis, Esquire
                              VSB #80692
                              Gregory N. Britto, Esquire
                              VSB #22531
                              Auria Freeman, Esquire
                              VSB #87483
                              SHAPIRO & BROWN, LLP
                              501 Independence Parkway, Suite 203
                              Chesapeake, Virginia 23320
                              (757) 687-8777        15-254015

NOTICE OF MOTION AND HEARING

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not wish the Court to grant the relief sought in this motion, or if you want the Court to consider your views on this motion, then within fourteen (14) days from the date of service of this motion, you must file a written response explaining your position with the Court at the following address: Clerk of Court, United States Bankruptcy Court, 600 Granby Street, Norfolk, VA 23510, and serve a copy on the Movant. Unless a written response is filed and served within this fourteen day period, the Court may deem any opposition waived, treat the motion as conceded, and issue an Order granting the requested relief.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the fourteen day period.

You may attend the preliminary hearing scheduled to be held on: December 1, 2015 at 9:30 AM in Courtroom 2, United States Bankruptcy Court, 600 Granby Street, Norfolk, VA 23510.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting the requested relief.


Dated: November 5, 2015                 SHAPIRO & BROWN, LLP
                                        ATTORNEYS FOR THE MOVANT



                                        /s/ Auria Freeman
                                        BY: Lindsey C. Kelly, Esquire
                                        VSB #71314
                                        James R. Meizanis, Esquire
                                        VSB #80692
                                        Gregory N. Britto, Esquire
                                        VSB #22531
                                        Auria Freeman, Esquire
                                        VSB #87483
                                        SHAPIRO & BROWN, LLP
                                        501 Independence Parkway, Suite 203
                                        Chesapeake, Virginia 23320
                                        (757) 687-8777        15-254015
                                        Counsel for Wells Fargo Bank, N.A.

Certificate of Service

I certify that I have this 5th day of November, 2015, electronically transmitted and/or mailed by first class mail, true copies of the Motion for Relief from the Automatic Stay and Notice of Motion and Hearing to each party required to receive notice.

Karen M Crowley
Crowley, Liberatore, Ryan & Brogan, P.C.Town Point Center, Suite 300
150 Boush Street
Norfolk, VA 23510

Carolyn L. Camardo
Chapter 7 Trustee
5101 Cleveland Street Suite 200
Virginia Beach, VA 23462

Patricia S. Klewans
8404-B Atlantic Avenue
Virginia Beach, VA 23451

/s/ Auria Freeman
Lindsey C. Kelly, Esquire
VSB #71314
James R. Meizanis, Esquire
VSB #80692
Gregory N. Britto, Esquire
VSB #22531
Auria Freeman, Esquire
VSB #87483

15-254015